**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MoneyGram Payment Systems, Inc.,
a Delaware Corporation,

Plaintiff,

vs.

Marchand & Associates, Inc.,
a Texas Corporation,

Defendant.

Civil No. 01-110 RHK/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE**
and ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above action may be dismissed in its entirety, with prejudice and without costs to either party.

**ROBINS, KAPLAN, MILER & CIRESI, LLP**

Dated: May 2, 2001.

By Rita Coyle DeMeules
Rita Coyle DeMeules (191644)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFF MONEYGRAM PAYMENT SYSTEMS, INC.**

2279489.1

FILED MAY 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**MARCHAND & ASSOCIATES, INC.**

Dated: April ___,2001. By ______________________
Eric V. Marchand

**ORDER**

The Court, having considered the Stipulation of the parties, now orders that the above action is dismissed with prejudice.

Dated: 5/3, 2001. ______________________
Judge of the District Court